THE STATE EX REL. BARR, APPELLANT, *v.* SUTULA, JUDGE, APPELLEE.

[Cite as *State ex rel. Barr v. Sutula,* **132 Ohio St.3d 297, 2012-Ohio-2790.**]

*Criminal procedure—Mandamus to correct sentencing entry—Adequate remedy by way of appeal precludes mandamus.*

(No. 2012-0498—Submitted June 20, 2012—Decided June 26, 2012.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 97456, 2012-Ohio-500.

_____

**Per Curiam.**

**{¶ 1}** We affirm the judgment of the court of appeals dismissing the petition of appellant, Harry M. Barr, for a writ of mandamus to compel appellee, Cuyahoga County Court of Common Pleas Judge John D. Sutula, to correct his sentencing entry to reflect the sentence specified at the court's "verdict hearing." Barr had an adequate remedy by way of appeal from his sentencing entry to raise his claim of sentencing error. *See State ex rel. Hudson v. Sutula*, 131 Ohio St.3d 177, 2012-Ohio-554, 962 N.E.2d 798, ¶ 1; R.C. 2731.05.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

_____

Harry M. Barr, pro se.

_____